No. 99–1823. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* WAFFLE HOUSE, INC. C. A. 4th Cir. Certiorari granted. ██

No. 00–730. ADARAND CONSTRUCTORS, INC. *v.* MINETA, SECRETARY OF TRANSPORTATION, ET AL. C. A. 10th Cir. Certiorari granted.█

No. 00–8727. MCCARVER *v.* NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 00–265. MANNING, EXECUTOR OF THE ESTATE OF WEST *v.* HAYES. C. A. 5th Cir. Certiorari denied.

No. 00–745. HOLLINGSWORTH ET AL. *v.* LANE COMMUNITY COLLEGE ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1012. KARUK TRIBE OF CALIFORNIA ET AL. *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 00–1031. LADY *v.* OUTBOARD MARINE CORP. C. A. 5th Cir. Certiorari denied.

No. 00–1134. PRIMETIME 24 JOINT VENTURE *v.* NATIONAL FOOTBALL LEAGUE. C. A. 2d Cir. Certiorari denied. ██

No. 00–1147. ROGERS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1168. ROYAL DUTCH PETROLEUM CO. ET AL. *v.* WIWA ET AL. C. A. 2d Cir. Certiorari denied.